**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy Alan Baker** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly Charmaine Kelly** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number   3:16-bk-30389-SHB

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Nissan**
   Model: **Altima**
   Year: **2005**
   Approximate mileage: **140,000**
   Other information:
   VIN#-1N4AL11D05C254760
   Tag#-X2877G

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
     (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?   **$900.00**
   Current value of the portion you own?   **$900.00**

   3.2 Make: **Mitsubishi**
   Model: **Eclipse**
   Year: **2002**
   Approximate mileage: **136,000**
   Other information:
   VIN#-4A3AC44622E103336
   Tag#11056

   Who has an interest in the property? Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ■ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
     (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property?   **$1,000.00**
   Current value of the portion you own?   **$1,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

| | |
|---|---|
| Debtor 1 | **Timothy Alan Baker** |
| Debtor 2 | **Kimberly Charmaine Kelly** |

Case number *(if known)*  **3:16-bk-30389-SHB**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>   **$1,900.00**

### Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Couch** | **$50.00** |
| **Refrigerator** | **$30.00** |
| **LR Suit, Washer/Dryer, Microwave, Vac. Cleaner, BR Suit, Kitchen Table, Kitchen Utensils** | **$555.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **2 TVs, 2 DVD Players, Computer, Cameras, Video System, Video Games** | **$195.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Clothing** | **$100.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Debtor 1 | **Timothy Alan Baker** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly Charmaine Kelly** | Case number *(if known)* | **3:16-bk-30389-SHB** |

| **Costume Jewelry** | **$30.00** |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| **Dog** | **$0.00** |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| **Books, Pictures, CDs, DVDs** | **$135.00** |
|---|---|

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................  |  **$1,095.00**

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**  |  **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.............................................................................................................

| | **Cash** | **$50.00** |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................   Institution name:

| 17.1. | **Checking** | **Covenant Health Credit Union** | **$100.00** |
|---|---|---|---|
| 17.2. | **Checking** | **SunTrust** (son's account; Debtors do not co-mingle funds) | **$60.00** |
| 17.3. | **Savings** | **Covenant Health Credit Union** | **$5.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them..................

Case 3:16-bk-30389-SHB    Doc 40    Filed 06/01/16    Entered 06/01/16 14:43:39    Desc
Main Document    Page 4 of 11

| Debtor 1 | **Timothy Alan Baker** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly Charmaine Kelly** | Case number *(if known)* | **3:16-bk-30389-SHB** |

Name of entity: % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| **2015 Estimated Tax Refund** | Federal | **$3,000.00** |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

Official Form 106A/B                    Schedule A/B: Property                    page 4
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Timothy Alan Baker** | | |
|---|---|---|---|
| Debtor 2 | **Kimberly Charmaine Kelly** | Case number *(if known)* | **3:16-bk-30389-SHB** |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☐ No
    ■ Yes. Give specific information..

    | | |
    |---|---|
    | **Inheritance Proceeds** | **Unknown** |

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................... **$3,215.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☐ No. Go to Part 7.
    ■ Yes. Go to line 47.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ■ No
    ☐ Yes................

Debtor 1 **Timothy Alan Baker**
Debtor 2 **Kimberly Charmaine Kelly**                                          Case number *(if known)* **3:16-bk-30389-SHB**

48. **Crops—either growing or harvested**
    ■ No
    ☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ■ Yes................

    | **Lawn Mower, Weedeater, Tools, Garden Tools** | $75.00 |

50. **Farm and fishing supplies, chemicals, and feed**
    ■ No
    ☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................  $75.00

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

    | **The market values listed with regard to all items in Schedule B represent the debtor's opinion as to the market value. The sole opinion of the Debtor(s) was arrived without resort to the outside sources and are based upon their view of sales of used personal property in "as is" condition considering a relatively quick sale in the open market place. The "market value" is not intended to indicate original cost or replacement value as may be used for homeowners insurance or other legal purposes.** | $0.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $0.00

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ........................................................................................................  $0.00
56. **Part 2: Total vehicles, line 5**                    $1,900.00
57. **Part 3: Total personal and household items, line 15**     $1,095.00
58. **Part 4: Total financial assets, line 36**             $3,215.00
59. **Part 5: Total business-related property, line 45**       $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**  $75.00
61. **Part 7: Total other property not listed, line 54**     +  $0.00

62. **Total personal property.** Add lines 56 through 61...     $6,285.00    Copy personal property total     $6,285.00

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                                       $6,285.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Timothy** | **Alan** | **Baker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kimberly** | **Charmaine** | **Kelly** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number  3:16-bk-30389-SHB
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2002 Mitsubishi Eclipse 136,000 miles VIN#-4A3AC44622E103336 Tag#11056**<br>Line from *Schedule A/B*: **3.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **LR Suit, Washer/Dryer, Microwave, Vac. Cleaner, BR Suit, Kitchen Table, Kitchen Utensils**<br>Line from *Schedule A/B*: **6.3** | $555.00 | ■ $555.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **2 TVs, 2 DVD Players, Computer, Cameras, Video System, Video Games**<br>Line from *Schedule A/B*: **7.1** | $195.00 | ■ $195.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

Debtor 1  **Timothy Alan Baker**
Debtor 2  **Kimberly Charmaine Kelly**

Case number (if known) **3:16-bk-30389-SHB**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Books, Pictures, CDs, DVDs**<br>Line from *Schedule A/B*: **14.1** | $135.00 | ■ $135.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Checking: Covenant Health Credit Union**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Savings: Covenant Health Credit Union**<br>Line from *Schedule A/B*: **17.3** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Federal: 2015 Estimated Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Inheritance Proceeds**<br>Line from *Schedule A/B*: **32.1** | Unknown | ■ $7,377.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Lawn Mower, Weedeater, Tools, Garden Tools**<br>Line from *Schedule A/B*: **49.1** | $75.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULES A/B & C

  We, Timothy Baker & Kimberly Kelley, declare under penalty of perjury that we have read the above Amendment, and the matters stated therein are true and correct to the best of our knowledge, information and belief.

DATED:05/25/16              /s/TIMOTHY ALAN BAKER

DATED:05/25/16              /s/KIMBERLY CHARMAINE KELLY

DATED:05/25/16              /s/RICHARD MAYER /s/JOHN NEWTON

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio

Michael H. Fitzpatrick
Chapter 7 Trustee

*SEE ATTACHED CREDITOR MATRIX*

Dated: 06/01/16              /s/John P. Newton /s/Richard M. Mayer
                        John P. Newton   #010817
                        Richard M. Mayer #0054

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:16-bk-30389-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Wed Jun  1 14:37:02 EDT 2016 | Conn's Credit Corporation<br>P O Box 2358<br>Beaumont, TX 77704-2358 | United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 |
| AT & T Services, Inc.<br>Attn: Karen A. Cavagnaro Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 | American Eagle/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Barker Sleep Medicine Prof.<br>1388 Papermill Pointe Way<br>Knoxville, TN 37909-1903 |
| Bearden Health Care Assoc.<br>10321 Kingston Pike<br>Knoxville, TN 37922-3224 | CU Revest LLC<br>c/o Joshua R. Holden, Esq.<br>800 S. Gay Street, #1000<br>Knoxville, TN 37929-9726 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Catherine's/Comenity Bank<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Clayton Autos, Inc.<br>4701 Clinton Hwy.<br>Knoxville, TN 37912-3935 |
| Comcast Cable<br>P.O. Box 105184<br>Atlanta, GA 30348-5184 | Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701-4611 | Country Door<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | East TN Community Open MRI, LLC<br>1415 Old Weisgarber Road, Ste. 150<br>Knoxville, TN 37909-1327 | Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville, FL 32241-7547 |
| Fingerhut/Direct Marketing Inc./Webbank<br>P.O. Box 166<br>Newark, NJ 07101-0166 | Heritage Lake at Westwood<br>1105 Lake Heritage Way<br>Knoxville, TN 37922-5168 | Kenny L. Saffles, Esq.<br>Howard H. Baker Jr. US Courthouse<br>800 Market Street, #211<br>Knoxville, TN 37902-2342 |
| Knox Co. Chancery Court<br>400 Main St.. Ste 125<br>Knoxville, TN 37902-2434 | Kohl's<br>ATTN: Bankruptcy Dept.<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Kohl's/Capital One<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| LCUB<br>P.O. Box 449<br>Lenoir City, TN 37771-0449 | Lowes/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Midland Funding, LLC<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 |
| Midland Funding, LLC<br>Midland Credit Management Inc as agent<br>P.O. Box 2011<br>Warren, MI 48090-2011 | National Credit Systems, Inc.<br>PO Box 312125<br>Atlanta, GA 31131-2125 | Nelnet<br>P.O. Box 173904<br>Denver, CO 80217-3904 |

| | | |
|---|---|---|
| ORNL Federal Credit Union<br>221 S. Rutgers Avenue<br>P.O. Box 365<br>Oak Ridge, TN 37831-0365 | Online Collections<br>P.O. Box 1489<br>Winterville, NC 28590-1489 | Pinnacle Credit Svs.<br>P.O. Box 640<br>Hopkins, MN 55343-0640 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Revenue Recovery Corp.<br>7005 Middlebrook Pike<br>P.O. Box 50250<br>Knoxville, TN 37950-0250 | Stark Collection Agency<br>6425 Odana Road<br>Madison, WI 53719-1127 |
| State of Tennessee<br>Dept. of Financial Responsibility<br>P.O. Box 945<br>Nashville, TN 37202-0945 | Stellar Recovery<br>1327 Hwy. 2 West; Ste. 100<br>Kalispell, MT 59901-3413 | Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| TDS Telecom/Farragut<br>701 Concord Road<br>Knoxville, TN 37934-4835 | TN Dept of Finc. Respon.<br>c/o Tennessee Attorney Generals Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | TSAC<br>404 James Robertson Pkwy<br>1950 Parkway Towers<br>Nashville, TN 37219 |
| TSAC<br>TN Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | US Dept. of Education<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 |
| Vantage Finance<br>4701 Clinton Hwy.<br>Knoxville, TN 37912-3935 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | William McCormick<br>Office of the Attorney General<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 |
| John P. Newton Jr.<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Kimberly Charmaine Kelly<br>1440 Whitower Drive<br>Knoxville, TN 37919-8841 | Michael H. Fitzpatrick<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-9711 |
| Richard M. Mayer<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Timothy Alan Baker<br>1440 Whitower Drive<br>Knoxville, TN 37919-8841 | dba Conn's Conn's Appliances, Inc.<br>Legal Department<br>3295 College Street<br>Beaumont, TX 77701-4611 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Vantage Finance
4701 Clinton Highway
Knoxville

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54