| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Timothy Alan Baker** | |
| | First Name      Middle Name      Last Name | |
| Debtor 2 | **Kimberly Charmaine Kelly** | |
| (Spouse if, filing) | First Name      Middle Name      Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE | |
| Case number | 3:16-bk-30389-SHB | |
| (if known) | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2005 Nissan Altima 140,000 miles VIN#-1N4AL11D05C254760 Tag#-X2877G**<br>Line from *Schedule A/B*: **3.1** | $900.00 | ■ $900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **2002 Mitsubishi Eclipse 136,000 miles VIN#-4A3AC44622E103336 Tag#11056**<br>Line from *Schedule A/B*: **3.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **LR Suit, Washer/Dryer, Microwave, Vac. Cleaner, BR Suit, Kitchen Table, Kitchen Utensils**<br>Line from *Schedule A/B*: **6.3** | $555.00 | ■ $555.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **2 TVs, 2 DVD Players, Computer, Cameras, Video System, Video Games**<br>Line from *Schedule A/B*: **7.1** | $195.00 | ■ $195.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-103** |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tenn. Code Ann. § 26-2-104** |

| Debtor 1 | **Timothy Alan Baker** | | | |
|---|---|---|---|---|
| Debtor 2 | **Kimberly Charmaine Kelly** | | Case number (if known) | **3:16-bk-30389-SHB** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | $30.00 | ■ | $30.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Books, Pictures, CDs, DVDs**<br>Line from *Schedule A/B*: **14.1** | $135.00 | ■ | $135.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ | $50.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: Covenant Health Credit Union**<br>Line from *Schedule A/B*: **17.1** | $100.00 | ■ | $100.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Savings: Covenant Health Credit Union**<br>Line from *Schedule A/B*: **17.3** | $5.00 | ■ | $5.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal: 2015 Estimated Tax Refund**<br>Line from *Schedule A/B*: **28.1** | $3,000.00 | ■ | $3,000.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Inheritance Proceeds**<br>Line from *Schedule A/B*: **32.1** | Unknown | ■ | $7,377.50 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Lawn Mower, Weedeater, Tools, Garden Tools**<br>Line from *Schedule A/B*: **49.1** | $75.00 | ■ | $75.00 | **Tenn. Code Ann. § 26-2-103** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No
   　　☐ Yes

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY TO AMENDED SCHEDULE C

We, Timothy Baker & Kimberly Kelley, declare under penalty of perjury that we have read the above Amendment, and the matters stated therein are true and correct to the best of our knowledge, information and belief.

DATED:06/18/16                                        /s/TIMOTHY ALAN BAKER

DATED:06/18/16                                        /s/KIMBERLY CHARMAINE KELLY

DATED:06/18/16                                        /s/RICHARD MAYER /s/JOHN NEWTON

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Amendment has been forwarded by Electronic Case Filing (ECF) to the following:

Tiffany Diiorio

Michael H. Fitzpatrick
Chapter 7 Trustee

*SEE ATTACHED CREDITOR MATRIX*

Dated: 06/21/16                                        /s/John P. Newton /s/Richard M. Mayer
                                                       John P. Newton   #010817
                                                       Richard M. Mayer #0054

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:16-bk-30389-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Wed Jun  1 14:37:02 EDT 2016 | Conn's Credit Corporation<br>P O Box 2358<br>Beaumont, TX 77704-2358 | United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 |
| AT & T Services, Inc.<br>Attn: Karen A. Cavagnaro Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 | American Eagle/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Barker Sleep Medicine Prof.<br>1388 Papermill Pointe Way<br>Knoxville, TN 37909-1903 |
| Bearden Health Care Assoc.<br>10321 Kingston Pike<br>Knoxville, TN 37922-3224 | CU Revest LLC<br>c/o Joshua R. Holden, Esq.<br>800 S. Gay Street, #1000<br>Knoxville, TN 37929-9726 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Catherine's/Comenity Bank<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Clayton Autos, Inc.<br>4701 Clinton Hwy.<br>Knoxville, TN 37912-3935 |
| Comcast Cable<br>P.O. Box 105184<br>Atlanta, GA 30348-5184 | Conns Credit Corp<br>3295 College St<br>Beaumont, TX 77701-4611 | Country Door<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Credit One Bank<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 | East TN Community Open MRI, LLC<br>1415 Old Weisgarber Road, Ste. 150<br>Knoxville, TN 37909-1327 | Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville, FL 32241-7547 |
| Fingerhut/Direct Marketing Inc./Webbank<br>P.O. Box 166<br>Newark, NJ 07101-0166 | Heritage Lake at Westwood<br>1105 Lake Heritage Way<br>Knoxville, TN 37922-5168 | Kenny L. Saffles, Esq.<br>Howard H. Baker Jr. US Courthouse<br>800 Market Street, #211<br>Knoxville, TN 37902-2342 |
| Knox Co. Chancery Court<br>400 Main St.. Ste 125<br>Knoxville, TN 37902-2434 | Kohl's<br>ATTN: Bankruptcy Dept.<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Kohl's/Capital One<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| LCUB<br>P.O. Box 449<br>Lenoir City, TN 37771-0449 | Lowes/SYNCB<br>P.O. Box 965005<br>Orlando, FL 32896-5005 | Midland Funding, LLC<br>8875 Aero Drive, Ste. 200<br>San Diego, CA 92123-2255 |
| Midland Funding, LLC<br>Midland Credit Management Inc as agent<br>P.O. Box 2011<br>Warren, MI 48090-2011 | National Credit Systems, Inc.<br>PO Box 312125<br>Atlanta, GA 31131-2125 | Nelnet<br>P.O. Box 173904<br>Denver, CO 80217-3904 |

| | | |
|---|---|---|
| ORNL Federal Credit Union<br>221 S. Rutgers Avenue<br>P.O. Box 365<br>Oak Ridge, TN 37831-0365 | Online Collections<br>P.O. Box 1489<br>Winterville, NC 28590-1489 | Pinnacle Credit Svs.<br>P.O. Box 640<br>Hopkins, MN 55343-0640 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Revenue Recovery Corp.<br>7005 Middlebrook Pike<br>P.O. Box 50250<br>Knoxville, TN 37950-0250 | Stark Collection Agency<br>6425 Odana Road<br>Madison, WI 53719-1127 |
| State of Tennessee<br>Dept. of Financial Responsibility<br>P.O. Box 945<br>Nashville, TN 37202-0945 | Stellar Recovery<br>1327 Hwy. 2 West; Ste. 100<br>Kalispell, MT 59901-3413 | Swiss Colony<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| TDS Telecom/Farragut<br>701 Concord Road<br>Knoxville, TN 37934-4835 | TN Dept of Finc. Respon.<br>c/o Tennessee Attorney Generals Office<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | TSAC<br>404 James Robertson Pkwy<br>1950 Parkway Towers<br>Nashville, TN 37219 |
| TSAC<br>TN Attorney General's Office<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 | US Dept. of Education<br>P.O. Box 5609<br>Greenville, TX 75403-5609 | United States Trustee<br>800 Market Street, Suite 114<br>Howard H. Baker Jr. U.S. Courthouse<br>Knoxville, TN 37902-2303 |
| Vantage Finance<br>4701 Clinton Hwy.<br>Knoxville, TN 37912-3935 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | William McCormick<br>Office of the Attorney General<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN 37243-0489 |
| John P. Newton Jr.<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Kimberly Charmaine Kelly<br>1440 Whitower Drive<br>Knoxville, TN 37919-8841 | Michael H. Fitzpatrick<br>800 S. Gay Street<br>2121 First Tennessee Plaza<br>Knoxville, TN 37929-9711 |
| Richard M. Mayer<br>Law Offices of Mayer & Newton<br>1111 Northshore Drive<br>Suite S-570<br>Knoxville, TN 37919-4046 | Timothy Alan Baker<br>1440 Whitower Drive<br>Knoxville, TN 37919-8841 | dba Conn's Conn's Appliances, Inc.<br>Legal Department<br>3295 College Street<br>Beaumont, TX 77701-4611 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Vantage Finance
4701 Clinton Highway
Knoxville

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54